UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.:  17-31093 |
|---|---|---|
| Joshua & Amy Lozada | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## AMENDED ORDER ON MOTION TO SELL REAL ESTATE
## AND SHORTEN NOTICE

This cause coming to be heard on proper notice and motion and the Court being advised of the premises:
BE IT ORDERD that the Debtors may:

A.   Do all things necessary to complete the contract for the sale and purchase of the property commonly know as 216 Julep Ave., Oswego, Illinois in accordance with Exhibit A attached to the motion.
B.   Pay the necessary and usual closing costs and expenses from the sale as set forth in the closing statement set forth in Exhibit B attached to the motion.
C.   The lienholder, Wells Fargo Bank, N.A., is to be paid in full from the proceeds of the sale at closing.
D.   Sign or execute any and all other ancillary documents as needed to complete the process without further court order.
E.   Send the Trustee a copy of the completed RESPA statement from the closing within 7 days of the actual closing.
F.   Should the proceeds to the Debtors exceed the homestead exemption set forth in the Petition the excess proceeds will be tendered to the Trustee.
F.   Notice is deemed adequate.

Enter:   /s/ Pamela S. Hollis

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  April 05, 2019

**Prepared by:**

Attorney C. David Ward
Illini Legal Services P.C.
1234 Douglas Road
Oswego, Illinois  60543
(630) 554-3065
Attorney No. 2938065